# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KENNETH CABAN GONZALEZ, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SPENCER R. MOORE, in his official Capacity as Commissioner of the Georgia Department of Driver Services, and JAMES WOO, in his individual capacity,<br><br>  Defendants. | Civil Action No.<br>1:19-cv-03035-TWT |

## THIRD CONSENT MOTION TO STAY PROCEEDINGS

Defendants Spencer R. Moore and James Woo, through counsel and with the consent of Plaintiff Kenneth Caban Gonzalez, hereby move for a thirty-day stay of the proceedings up to and including January 30, 2020, to allow the parties additional time to explore possible resolution of this matter.  In support of this motion, Defendants respectfully show the Court as follows:

1. Plaintiff commenced this putative class action lawsuit on July 2, 2019. Doc. 1.

2. Defendants waived service on July 3, 2019. Docs. 12, 13.

3. With Plaintiff's consent, Defendants moved for an extension of time to answer or otherwise respond to Plaintiff's complaint. Doc. 16. This Court granted Defendants' consent motion on August 29, 2019. Doc. 18.

4. Since August 23, 2019, the parties have been conferring in an effort to resolve the claims and issues in this matter.

5. On September 23, 2019, the parties jointly moved for a thirty-day stay of the proceedings, including to stay Plaintiff's obligation to seek class certification under Rule 23.1(B). Doc. 19.

6. On October 31, 2019, the parties jointly moved to stay proceedings for an additional sixty-day period. Doc. 22.

7. Defendants are currently due to answer or otherwise respond to Plaintiff's complaint by no later than December 31, 2019. Doc. 23.

8. The parties have made significant progress and believe they are nearing a potential resolution of this matter.

9. Therefore, with Plaintiff's consent, Defendants seek an additional thirty-day stay of the proceedings until January 30, 2020, including to stay Plaintiff's obligation to seek class certification and Defendants' obligation to answer or otherwise respond to Plaintiff's complaint.

WHEREFORE, Defendants request that the Court grant this motion and stay proceedings through and including January 30, 2020. A proposed order is attached hereto for the Court's convenience.

Respectfully submitted this 17th day of December, 2019.

|  |  |
|---|---|
| | Christopher M. Carr      112505 |
| | Attorney General |
| PLEASE ADDRESS ALL | |
| COMMUNICATIONS TO: | Kathleen M. Pacious    558555 |
| Robert B. Shapiro | Deputy Attorney General |
| State Law Department | |
| 40 Capitol Square, S.W. | Roger A. Chalmers       118720 |
| Atlanta, Georgia 30334-1300 | Senior Assistant Attorney General |
| Tel: (404) 463-8850 | |
| Fax: (404) 651-5304 | /s/ Robert B. Shapiro       932554 |
| Email: rshapiro@law.ga.gov | Robert B. Shapiro |
| | Assistant Attorney General |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.D, I hereby certify that the foregoing has been prepared in 14-point Times New Roman in compliance with Local Rule 5.1.

/s/ Robert B. Shapiro
Robert B. Shapiro
Georgia Bar No. 932554

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Atteeyah Eshe Hollie                    Francisca D. Fajana
    Gerald R. Weber                        Jorge Luis Vasquez
    SOUTHERN CENTER FOR        Kira Romero-Craft
    HUMAN RIGHTS                         LATINOJUSTICE PRLDEF
    83 Poplar Street, N.W.                  P.O. Box 10115
    Atlanta, Georgia 30303                 475 Riverside Drive, Suite 1901
                                                             New York, New York 10115

                                                             /s/ Robert B. Shapiro
                                                              Robert B. Shapiro
                                                              Georgia Bar No. 932554
                                                             *Attorney for Defendants*

State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: rshapiro@law.ga.gov