IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH CABAN GONZALEZ, on behalf of himself and others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>SPENCER R. MOORE, in his official Capacity as Commissioner of the Georgia Department of Driver Services, and JAMES WOO, in his individual capacity,<br><br>　　Defendants. | Civil Action No.<br>1:19-cv-03035-TWT |

# ORDER

THIS MATTER is before the Court on Defendants' fourth consent motion for a thirty-day stay of the proceedings in this case. Plaintiff, through counsel, having consented to the motion, **IT IS HEREBY ORDERED THAT**:

The motion is **GRANTED**. The proceedings are stayed for thirty days until February 28, 2020.

**SO ORDERED** this 4th day of February, 2020.

　　　　　　　　　　　　　　　　　　/s/ Thomas W. Thrash
　　　　　　　　　　　　　　　　　　Thomas W. Thrash, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Northern District of Georgia

TEXT OF PROPOSED
ORDER PREPARED BY:
Robert B. Shapiro
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: rshapiro@law.ga.gov