IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KENNETH CABAN GONZALEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER R. MOORE, in his official capacity as Commissioner of the Georgia Department of Driver Services, and JAMES WOO, in his individual capacity,<br><br>Defendants. | : : : : : : : : : : : : : : : : : | Civil Action No.<br>1:19-cv-3035-TWT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Caban Gonzalez and Defendants Spencer R. Moore, in his official capacity as Commissioner of the Georgia Department of Driver Services, and James Woo, in his individual capacity, through counsel, stipulate that the above-styled action and all claims asserted or that could have been asserted therein be dismissed with prejudice. The parties shall bear their own costs.

[Signature page follows]

Respectfully submitted,

| | |
|---|---|
| **/s/ Atteeyah Hollie** | **/s/ Robert B. Shapiro** |
| Atteeyah Hollie | Robert B. Shapiro |
| Georgia Bar No. 411415 | Georgia Bar No. 932554 |
| Gerald Weber | Roger A. Chalmers |
| Georgia Bar No. 744878 | Georgia Bar No. 118720 |
| SOUTHERN CENTER FOR HUMAN RIGHTS | STATE LAW DEPARTMENT |
| 83 Poplar Street, N.W. | 40 Capitol Square, S.W. |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30334 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**/s/ Francisca D. Fajana**
Francisca D. Fajana
New York Bar No. 5475405
Jorge Luis Vasquez, Jr.
New York Bar No. 5346416
LATINOJUSTICE PRLDEF
475 Riverside Drive
Suite 1901
New York, New York 10115
*Counsel for Plaintiff*

**/s/ Kira Romero-Craft**
Kira Romero-Craft
Florida Bar No. 49927
523 West Colonial Drive
Orlando, Florida 32804
*Counsel for Plaintiff*

February 19, 2020

# CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert B. Shapiro
Roger A. Chalmers
STATE LAW DEPARTMENT
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Kira Romero-Craft
523 West Colonial Drive
Orlando, Florida 32804

Francisca D. Fajana
Jorge Vasquez, Jr.
LATINOJUSTICE PRLDEF
475 Riverside Drive
Suite 1901
New York, New York 10115

This 19th day of February, 2020.

**<u>Atteeyah Hollie</u>**
Atteeyah Hollie